ACCEPTED
03-17-00506-CV
21290044
THIRD COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 11:13 AM
JEFFREY D. KYLE
CLERK



## KEN PAXTON
ATTORNEY GENERAL OF TEXAS

December 14, 2017

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
12/14/2017 11:13:56 AM
JEFFREY D. KYLE
Clerk

*Via E-Filing*
Honorable Jeffrey D. Kyle
Clerk of the Court
Third Court of Appeals
P.O. Box 12557
Austin, TX 78701

  Re: Court of Appeals Number: 03-17-00506-CV
     Trial Court Case Number: D-1-GN-17-001166
     *Glenn Hegar, Comptroller of Public Accounts of the State of Texas, and Ken*
     *Paxton, Attorney General of the State of Teas v. EBS Solutions, Inc.*

Mr. Kyle,

  This is to notify the court that Alison Andrews intends to present oral argument on behalf of Appellants on Wednesday, January 10, 2018 at 1:30 p.m.

  Please contact me if you have any questions.  Thank you.

       Sincerely,

       By: */s/  Alison Andrews*
       Alison Andrews
       Deputy Chief
       Tax Division
       P.O. Box 12548; MC -29
       Austin, Texas 78711-2548
       (512) 475-1747
       Alison.andrews@oag.texas.gov

cc:  Amanda Traphagan, via E-service